# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**V.**                                           **4:22CV00866 JM**

**$216,200.00 IN U.S. CURRENCY; and**
**$1,001.00 IN U.S. CURRENCY**                                                        **DEFENDANTS**

**JEREMY GREEN**                                                                      **CLAIMANT**

## ORDER STAYING PROCEEDINGS AS TO CLAIMANT JEREMY GREEN

Pending is the joint motion to stay forfeiture proceedings as to claimant Jeremy Green pending resolution of the criminal matter giving rise to the forfeiture.

Jeremy Green claims an interest in the Defendant Currency and intends to challenge the forfeiture of it. At the same time, there is an ongoing criminal investigation into matters involving the forfeiture and Mr. Green is a target of the investigation. The United States and Mr. Green assert that civil discovery in this forfeiture case could adversely affect the United States' related criminal case and Mr. Green's Fifth Amendment rights. They ask the Court to stay the forfeiture proceedings as to Mr. Green until the related criminal matter is resolved.

"[I]t is within the power of the district court, and in accord with common practice, to stay the civil action until the criminal case or the likelihood of a criminal case is ended." *Wallace v. Kato*, 549 U.S. 384, 393-94, 127 S. Ct. 1091, 1098, 166 L. Ed. 2d 973 (2007). Pursuant to *Wallace*, the Court finds that the forfeiture proceedings should be stayed as to Mr. Green until the related criminal case has ended. The parties are directed to file a notice with the Court within seven (7) days of the conclusion of the criminal proceedings.

The joint motion to stay forfeiture proceedings as to claimant Jeremy Green (ECF No. 3)

is GRANTED.

    IT IS SO ORDERED this 4th day of November, 2022.

                                                    _____
                                                    James M. Moody Jr.
                                                    United States District Judge