IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  4:22CV00866 JM | |
| $216,200.00 IN U.S. CURRENCY; and $1,001.00 IN U.S. CURRENCY | DEFENDANTS |
| JEREMY GREEN | CLAIMANT |

## ORDER

Pending is the Joint Motion to Lift Stay and for Leave to Dismiss under Rule 41. For good cause shown, the Motion (ECF No. 5) is GRANTED. The case is dismissed with prejudice. The Clerk is directed to lift the stay and close the case.

IT IS SO ORDERED this 20th day of June, 2025.

_____
James M. Moody Jr.
United States District Judge